**UNITED STATES COURT OF APPEALS**

**FOR THE SECOND CIRCUIT**

In re Abraham Winter,

Petitioner, Pro Se.

No. ___________________________

**PETITION FOR EXTRAORDINARY RELIEF**

**UNDER F.R.A.P. 21(c)**

# Table of Contents

Table of Authorities....3
Respondents....4
Corporate disclosure statement (FRAP 26.1)....4
Issues presented....4
Relief sought....4
Statement of facts....7
Imminent Threats to Petitioner....7
War on States, New York is Next....8
Intent to Violate The Law, Claims Respondents Aren't Bound By Law, Disobeying Court Orders, Lies in Court....9
Insurrection....11
Deaths in Immigration Enforcement....11
False Arrests, Warrantless Arrests, Arrests Without Probable Cause....12
Pretexts....14
State Government Cooperation....15
Refusing Inspections....15
Attacks and Threats Against Elected Officials, Journalists, Clergy....16
Use of Force....17
Conditions of Confinement....17
Concealing Evidence....19
Animus....19
Sanctions....21
Reasons the writ should issue....21
Petitioner Has a Clear and Indisiputable Right to the Writ Under Pearson and Mathews....21
No Other Adequate Means to Attain Relief Under Scott v. Fischer....22

A Writ Is Appropriate Under the Circumstances....22
Conclusion....23
Certificate of Compliance With Type-Volume Limit....25
Affirmation of AI use....25
Certificate of Service....26

## Table of Authorities

18 U.S. Code § 3156....6
28 U.S.C. § 1651....21
63 Stat 2241, Article 5....9
Advocates for Human Rights v DHS, 0:26-cv-00749-NEB-DLM, D.Minn 2026....18
Anderson v. Griswold, 2023 CO 63, 2023....11
Executive Order of 9/25/25 (90 FR 46317)....7, 10
Hussen v. Noem, 0:26-cv-00324, (D. Minnesota)....12
Juan T.R. v. Noem, 26-CV-0107 (PJS/DLM), 2026....10
Ku Klux Klan Act....6, 22
League of Women Voters v. Newby, 838 F.3d 1, 12 (D.C. Cir. 2016)....22
Martinez v ICE, C26-4054-LTS-MAR, 2026....18
Mathews v. Eldridge, 424 U.S. 319....22
Minnesota v. DOJ, 1:26-cv-01007, 2026....19
Newsom v. Trump, 3:25-cv-04870, (N.D. Cal.)....9
Pearson v. Callahan, 555 U.S. 223....4, 7, 21
Perdomo et al v. Noem et al, Case 2:25-cv-05605-MEMF-SP....12
Scott v. Fischer, 616 F.3d 100 (2010)....22
State of Illinois v. Trump, 1:25-cv-12174, (N.D. Ill.)....8, 15
State of Oregon v. Trump, 3:25-cv-01756, (D. Or.)....14
Trump v. Hawaii, 585 U.S. 667, 2018....15, 20
Urquilla-Ramos v. Trump, 2:26-cv-00066, 2026....19
US v. Kilmar Abrego Garcia, No. 3:25-cr-00115, 2026....20

## Respondents

DONALD TRUMP, President of the United States of America, in his official capacity,

UNITED STATES DEPARTMENT OF DEFENSE; and PETE HEGSETH, in his official capacity,

DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity.

## Corporate disclosure statement (FRAP 26.1)

Petitioner is not a corporation and does not hold a large share in any public corporation.

## Issues presented

1. When, specifically, are public employees liable for breaking the law.
2. Is there a right to some kind of hearing before public employees infringe civil rights of under the shield of official immunity.

## Relief sought

A writ clearly establishing the law (in the meaning of Pearson v. Callahan, 555 U.S. 223), in whichever of the following situations the Court deems proper. Each of these situations is based on one or more infractions committed by Respondents in the recent past and similar offenses are directed imminently at Petitioner.

Specifically, a writ declaring:

1. That qualified immunity is not available to any person who:
    a. Works at, or is transporting someone to, a holding facility with a history of denying oversight or inspections (fact 41 et seq), overcrowding (52), violating court orders (16), running an illegal rearrest scheme (51), holding people while they are being denied bond hearings (53), moving people across state lines without due process (57), gassing protesters (47),

inadequate food or medical care (54), constitutional violations (55), or restricting access to counsel (57).

b. Has lied to a court or violated a court order (fact 16).
c. Has expressed an intent to break the law or has claimed not to be bound by the law (13 et seq).
d. Has engaged in insurrection against the United States; any person aiding such a person (fact 21).
e. Is levying war against the United States or threatening to (facts 6 et seq, 21).
f. Is conducting an arrest without clear and correct identification of their name, a badge number, and an agency; or is conducting an arrest where such an unidentified person is assisting; or is dressed in a disguise or pretending to be from a law enforcement agency they are not a member of; or is engaged in an operation which is pretextual in that its stated purpose is not true (fact 35 et seq).
g. Is arresting or assaulting an elected official, judge, journalist, unarmed protester, or member of the clergy (fact 43 et seq).
h. Is making an arrest or other enforcement for a fault which would not disqualify a person for employment at the enforcer's agency (fact 33, 34).
i. Has destroyed, concealed, or prevented law enforcement access to evidence (fact 59 et seq).
j. Has had the opportunity to consult with a lawyer on the question of law at hand, and specifically, any person acting on an OLC opinion; as they cannot reasonably argue that they didn't know the law if they intentionally looked it up (15).
k. Is using less-than-lethal rounds against guidance; and any person using less-than-lethal rounds who is subject to a court order with regard to such weapons (facts 46-48).

l. Uses race, or another sensitive category, rather than probable cause, to conduct arrests (facts 62-65, 27 et seq).
m. Refuses to accept a document that proves identity (fact 31).
n. Is a rapist or has committed sexual assault (49).
o. Has expressed animus against the protected class or political party of the victim (62-70).
p. Has violated statutory financial sanctions or terror financing rules (71).
q. Is conducting an arrest where the cause of the arrest is unilateral action by the government, for example in the discretionary revocation of a visa (30).
r. Has a history of frivolous or vindictive prosecution (66).
s. Has expressed a political motive for punishing the victim of the harm (67-70).
t. Has illegally restricted government money to the victim in violation of the Impoundment Control Act or another statute mandating spending (67-70).

2. That no person with a prior history of the above actions is entitled to qualified immunity.
3. That no person working for an agency or group with a history of the above actions, or whose leaders or members have such a history, shall be entitled to qualified immunity.
4. That Section 1983 of the Ku Klux Klan Act applies to any person acting under color of state authority or any custom or usage of a state, including in the use of state issued license plates, 287(g) agreements, making demands of state prisons, committing crimes in the presence of state law enforcement officers without being punished, or operating in a place where the state or local authorities have a non-intervention policy with respect to the person (40).
5. That there is a 6th amendment right to counsel for people arrested for immigration enforcement, given that immigration enforcement is effectively a criminal penalty in that the maximum term of immigration detention is over a year (56), and 18 U.S. Code § 3156 defines a felony as an offense punishable

by imprisonment for more than one year; and in that the conditions of confinement are cruel (51 et seq), and pressure victims into self-deporting, and in that Respondents and their representatives have characterized all detainees as criminals (32), and therefore that anyone denying such right is not entitled to qualified immunity.

6. That the Constitution and the laws written by Congress are ‘clearly established’ under the meaning of Pearson v. Callahan, 555 U.S. 223, or that Congress has the same or greater power to ‘establish law’ as the courts.

## Statement of facts

**<u>Imminent Threats to Petitioner</u>**

1. Petitioner is a courtroom observer in the immigration courts in New York where he encounters immigration agents.

2. Petitioner is a resident of New York City; Respondents have made numerous threats to direct military force at New York (see facts 6-12 below).

3. Petitioner has attended protests in New York and intends to continue. Peaceful protesters in Illinois, California, Minnesota, and other states have been assaulted and killed by Respondents (see 25, 46, 47 below).

4. Petitioner is an anti fascist, an opponent of the thing defined by Umberto Eco as the common element of the governments of the Nazis, Stalin, and Mussolini; by Orwell as including, but not limited to, those "in sympathy with Hitler"; by FDR as "ownership of Government by an individual, by a group, or by any other controlling private power"; or by Mussolini as denying, "in democracy, the absurd conventional untruth of political equality", as depriving individuals of "all useless and possibly harmful freedom", and devoted to "the growth of empire" as "an essential manifestation of vitality". Respondents intend to classify anti fascism as terrorism (Executive Order of 9/25/25 (90 FR 46317))[1].

1 https://www.federalregister.gov/d/2025-18709

5. Petitioner says AI, not SI, which makes him 'THE ENEMY' in the mind of Respondent Trump (Truth Social, 10/8/26).

**War on States, New York is Next**

6. Last September, Respondent Trump gathered military leaders in Quantico and gave them a roadmap for invading American cities who voted against him: ' "The ones that are run by the radical left Democrats, what they've done to San Francisco, Chicago, New York, Los Angeles, they're very unsafe places. And we're going to straighten them out one by one. And this is going to be a major part for some of the people in this room," he told military leaders. "That's a war, too. It's a war from within." '[2]
7. Respondent Trump in March said: 'New York should call, they have a lot of problems that we want help. … We're going to have to do something when it comes World Cup time, we're going to have to force ourselves upon them which we have the right to do.' (C-SPAN capture, 3/31/26)[3].
8. In January, speaking about the invasion of Minnesota, a White House official said: "POTUS loves Minnesota and the people … The fraud is so blatant and widespread that it's a good place to start, but it's only the beginning. CA and NY next."[4]
9. Respondent Trump characterized his action in Chicago as a war: '[O]n September 6, 2025, Trump posted on social media an image of the Chicago skyline in flames, stating "Chicago about to find out why it's called the Department of WAR," including a depiction of himself in the image of the fictitious warmonger character Lt. Col. Kilgore from the 1979 film Apocalypse Now, titling the post "Chipocalypse Now." ' (State of Illinois v. Trump, 1:25-

---

2 MS Now, 9/30/25, https://www.ms.now/rachel-maddow-show/maddowblog/trump-pitches-generals-admirals-using-us-cities-military-training-grou-rcna234708

3 https://bsky.app/profile/acyn.bsky.social/post/3mif5mjvuhp2v

4 https://www.wired.com/story/california-and-new-york-are-next/

cv-12174, (N.D. Ill.), Doc 1). 'He stated his intention to use [Chicago] neighborhoods “as training grounds for our military.” ' (ibid).

10. Respondent Trump said he was 'directing Secretary of War, Pete Hegseth, to provide all necessary Troops to protect War ravaged Portland' and to use 'Full Force',[5] and that 'when we go there, if we go to Portland, we’re going to wipe ’em out.'[6]
11. Respondents deployed military force against California: 'Defendants systematically used armed soldiers (whose identity was often obscured by protective armor) and military vehicles to set up protective perimeters and traffic blockades, engage in crowd control, and otherwise demonstrate a military presence in and around Los Angeles. In short, Defendants violated the Posse Comitatus Act.' (Newsom v. Trump, 3:25-cv-04870, (N.D. Cal.), Doc 176)
12. Respondent Trump has made various veiled threats to invade Denmark, including that the US would do 'something on Greenland, whether they like it or not'[7]. Under 63 Stat 2241, Article 5, this would be equivalent to invading the United States. He has made similar comments regarding Canada, also covered by Article 5.

**Intent to Violate The Law, Claims Respondents Aren’t Bound By Law, Disobeying Court Orders, Lies in Court**

13. In 2025 Respondent Hegseth delivered a sort of rhyme on TV in the oval office: ‘maximum lethality, not tepid legality’[8], apparently a statement that he does not intend to follow the law and that one of the illegal things he intends to do is to kill.
14. Respondents Trump and Hegseth made a series of military strikes on apparent civilian boats. A member of congress said that policy for these strikes required

5 Politico, 9/27/25, www.politico.com/news/2025/09/27/donald-trump-portland-troops-00583380

6 Guardian, 9/5/25, https://www.theguardian.com/us-news/2025/sep/05/trump-portland-video-protests

7 Guardian, 1/9/26, https://www.theguardian.com/us-news/2026/jan/09/trump-greenland-threats-white-house

8 https://www.nytimes.com/2026/03/26/magazine/lethality-us-military-pete-hegseth.html

'only that the targeted people were connected to designated terrorist organizations, even if the connection is "as much as three hops away from a known member" '[9]. Per the Executive Order of 9/25/25 (90 FR 46317), 'Antifa' is a designated terrorist organization and therefore Petitioner is a target of these killings. Per Respondent Hegseth, these killings were 'at the direction of President Trump'.[10] Per computer science research from 2011[11], the average number of hops between any two users on Facebook is 3.74. It is therefore almost certain that petitioner is a permissible target under the 'three hop' theory.

15. Rather than providing a legal argument, the government justified the boat strikes on the alleged existence a secret OLC memo[12].
16. The District of Minnesota assembled a list of court order violations by Respondent DHS: 'Attached to this order is an appendix that identifies 96 court orders that ICE has violated in 74 cases. The extent of ICE's noncompliance is almost certainly substantially understated' (Juan T.R. v. Noem, 26-CV-0107 (PJS/DLM), 2026)[13].
17. Just Security assembled a list of cases where Courts found that the federal government lied to them. It's a long list[14].
18. The former Director of DHS, asked to define habeas corpus in a Congressional hearing, asserted that it is the president's constitutional right to remove people from the country[15].
19. Respondent Mullin is an election denier who voted to challenge the certification of Arizona and Pennsylvania election results in 2020[16].

9 NY Times, 10/30/25, https://www.nytimes.com/2025/10/30/us/politics/trump-democrats-boat-strikes.html

10 Guardian, 11/10/25, https://www.theguardian.com/us-news/2025/nov/10/hegseth-boat-attacks

11 Four Degrees of Separation, https://arxiv.org/abs/1111.4570

12 https://www.aclu.org/press-releases/court-rejects-bulk-of-trump-administrations-rationale-for-keeping-boat-strikes-memo-secret

13 https://storage.courtlistener.com/recap/gov.uscourts.mnd.230171/gov.uscourts.mnd.230171.10.0_1.pdf

14 https://www.justsecurity.org/120547/presumption-of-regularity/

15 https://www.npr.org/2025/05/20/nx-s1-5405144/habeas-corpus-noem-dhs-senate

16 https://www.theguardian.com/us-news/2021/jan/07/list-republicans-voted-to-reject-election-results

20. Respondent Mullin, in his June 2026 confirmation hearing, refused to commit to obeying court orders on the grounds that courts have been politicized[17].

**Insurrection**

21. Respondent Trump engaged in insurrection: 'The district court did not err in concluding that the events at the U.S. Capitol on January 6, 2021, constituted an "insurrection." ... [and] that [Respondent] Trump "engaged in" that insurrection through his personal actions. ... [T]he events of January 6 constituted a concerted and public use of force or threat of force by a group of people to hinder or prevent the U.S. government from taking the actions necessary to accomplish the peaceful transfer of power in this country. Under any viable definition, this constituted an insurrection.' (Anderson v. Griswold, 2023 CO 63, 2023)[18].

**Deaths in Immigration Enforcement**

22. At least 6 people were killed in ICE shootings in the second Trump administration and 12 injured,[19] as of April. This doesn't include detention deaths.

23. At Camp East Montana in Texas, a man was suffocated in immigration detention. 'The autopsy ... found [his] body showed signs of a struggle, including abrasions on his chest and knees. He also had hemorrhages on his neck. The deputy medical examiner [] determined the cause of death was asphyxia due to neck and torso compression.' 'His death was one of at least three reported in little more than a month' at the camp. ICE initially claimed he had died spontaneously in solitary.[20]

17 https://www.politico.com/live-updates/2026/06/02/congress/mullin-refuses-to-commit-to-following-court-orders-for-dhs-00946961

18 https://www.courtlistener.com/opinion/9453668/anderson-v-griswold/

19 The Trace, 2/23/26, https://www.thetrace.org/2025/12/immigration-ice-shootings-guns-tracker/

20 PBS, 1/22/26, https://www.pbs.org/newshour/nation/cuban-immigrant-in-ice-custody-died-of-homicide-due-to-asphyxia-autopsy-finds

24. ICE agents killed a man in Chicago. DHS claimed an officer was "[s]eriously [i]njured" and their victim "drove his car at law enforcement officers" (DHS Statement, September 12, 2025) . Independent analysis of security footage concludes the victim- "drives away from the agents—not toward them, as DHS claimed" (Unraveled Press, September 13, 2025) . The Chicago Tribune, reviewing more footage, found that the "agent originally described as critically injured ... described his injuries as "nothing major."" (Chicago Tribune, September 23, 2025)

25. DHS killed at least two civilians during the occupation of Minnesota. One, Renee Good, was accused of attempting to run over her killer with her car. Video shows she did not. After shooting her, the federal agents on scene prevented a doctor from giving lifesaving care. The other, Alex Pretti, a protester, was tackled by agents, apparently for trying to help up another civilian who had been pushed by the agents, and then killed on the scene.

26. After the killing of Good, ICE agents reportedly attacked observers at the Whipple facility, shooting chemical irritant into the vents of their car, breaking its windows, and saying 'that's why that lesbian bitch is dead', presumably saying that she was killed for observing arrests[21].

**False Arrests, Warrantless Arrests, Arrests Without Probable Cause**

27. 'Defendants have adopted a policy authorizing federal immigration officers to conduct investigatory stops based on ethnicity or race without reasonable suspicion that the individuals were violating immigration laws. The evidence from individual encounters is compelling and troubling.' (Hussen v. Noem, 0:26-cv-00324, (D. Minnesota)).

28. The Central District of California describes "roving patrols indiscriminately rounding up numerous individuals without reasonable suspicion and, having done so, denying these individuals access to lawyers" (Perdomo et al v. Noem et al, Case 2:25-cv-05605-MEMF-SP, Order granting plaintiffs' ex parte

21 https://sahanjournal.com/immigration/ice-citizen-observer-detainment-minnesota-whipple-building/

applications for TRO, 2025) backed by “a mountain of evidence” (ibid) . "detainees are also routinely deprived of food" and “denied access to necessary medical care and medications” (ibid)

29. In Chicago, “masked agents, who [neighbors] believe to be ICE ... targeted the crew working on [a] roof ... all workers were rounded up and just taken away indiscriminately .. to trap them, the agents knocked down the ladders so they could not leave the roof and basically they said either jump or stay up there ... [the witness] later learned from the owner of the company that all five of the detained workers were documented”.[22]

30. In many cases a person is in the United States lawfully and Respondents attempt to unilaterally terminate their legal status without cause. For example, nine hundred thousand parolees[23]; several hundred thousand Haitians with Temporary Protected Status[24]; visas rescinded without warning[25], or in retaliation for protected speech as in the case of Rumesya Ozturk[26] or Mahmoud Khalil[27].

31. DHS has arrested US citizens for imagined immigration violations, ignoring their valid IDs[28].

32. The White House claims that every person in immigration detention is a criminal: ‘Asked by a reporter how many of the 3,500 immigrants arrested since Trump took office have criminal records, Leavitt said, "all of them because they illegally broke our nation's laws."’[29].

---

22 https://abc7chicago.com/post/naperville-news-group-workers-reportedly-detained-agents-believed-ice-working-roof-homeowner-says/17838441/

23 https://thehill.com/homenews/administration/5809570-trump-parole-status-migrants-cbp-one-unwound/

24 https://acaciajustice.org/research-data/explainers/a-history-of-exclusion-haitian-tps-termination-and-legal-access/

25 https://www.king5.com/article/news/politics/immigration-news/uw-graduate-student-deported-sea-airport/281-416fdfa0-a715-4267-90f1-afe30c71b754

26 https://en.wikipedia.org/wiki/Detention_of_R%C3%BCmeysa_%C3%96zt%C3%BCrk

27 https://www.aclu.org/cases/khalil-v-trump

28 https://www.theguardian.com/us-news/2025/may/24/us-citizen-detained-ice-real-id

29 https://www.axios.com/2025/01/28/trump-immigrants-criminals-white-house-briefing

33. DHS has detained immigrants with legal status for minor infractions long since resolved. For example, a New Zealand with a green card detained while reentering the country for a 2016 marijuana conviction[30]; another LPR for a 20 year old felony conviction for embezzlement[31]; a green card holder living in New Hampshire was reportedly tortured at Boston Logan airport, pressured to give up his green card, and needed to be hospitalized, likely on the grounds of a 2015 marijuana charge dismissed after California legalized pot[32].

34. The standards for criminal history in federal employees is far more lax. As of 2021, past marijuana use is no longer a disqualifier for a federal job[33]. The FBI requires no marijuana use for the last year[34]. ICE uses a 'whole person concept' that is only disqualifying if the drug use is recent and bears a nexus to their job duties[35]. CBP requires no meth in the last 3 years[36].

**Pretexts**

35. The court in State of Oregon v. Trump, 3:25-cv-01756, (D. Or.) found that 'The President's determination [of exigency under 10 USC 12406] was simply untethered to the facts'.

36. A 2014 independent report 'purportedly cites instances in which agents voluntarily stood in front of moving vehicles and willingly remained within striking distance of rock throwers in order to use lethal force based on an "imminent threat." '[37]

---

30 https://www.rnz.co.nz/news/world/596680/kiwi-everlee-wihongi-remains-in-ice-custody-following-latest-court-hearing

31 https://www.npr.org/2025/04/01/nx-s1-5339698/green-card-holders-detained-border-crackdown

32 https://www.nhpr.org/nh-news/2025-03-14/green-card-holder-from-new-hampshire-interrogated-at-logan-airport-detained

33 https://www.govexec.com/management/2021/02/past-marijuana-use-no-longer-disqualifier-federal-job/172335/

34 https://fbijobs.gov/sites/default/files/2025-02/guide_eligibility.pdf

35 https://www.ice.gov/podcasts/careers-ice/episode-6-security-clearance-101

36 https://careers.cbp.gov/s/applicant-resources/prior-drug-use

37 American Immigration Council, 3/3/14, https://www.americanimmigrationcouncil.org/blog/customs-and-border-protection-conceals-scathing-audit-of-border-patrols-use-of-force-policy/

37. In the Muslim ban case, 'the Government [was] wholly unable to articulate any credible national-security interest that would go unaddressed by the current statutory scheme absent the Proclamation'. (Trump v. Hawaii, 585 U.S. 667, 2018, Sotomayor, J., dissenting).

38. 'Ruses' are a standard practice in ICE operations. 'A ruse is a tactic designed to control the time and location of a law enforcement encounter'. The 'use of ruses is taught in the FOTP at FLETC' and includes 'adopting the guise of another agency'.[38]

39. Plaintiffs in State of Illinois v. Trump, 1:25-cv-12174, (N.D. Ill.) allege '[t]o the extent that Defendants have offered any basis at all to deploy the military to Illinois, it is based on a flimsy pretext: protests outside a two-story ICE processing facility in Broadview, a suburb of Chicago with less than 8,000 residents'.

**State Government Cooperation**

40. Various states have arrangements under which federal authorities use aspects of state law enforcement to conduct immigration arrests. For example, many police departments in New York State signed 287(g) agreements with ICE in 2025[39]. Maine used to issue unmarked license plates to ICE, and continues to issue marked plates[40]. As of 2025, the NYPD had a non-interference policy for federal agents: '[a]lthough NYPD officers have been directed not to assist in immigration enforcement, they also cannot take any action to stop it'[41].

**Refusing Inspections**

41. In May 2025, Newark Mayor Ras Baraka was detained outside an ICE facility in his city, allegedly for trespassing, a misdemeanor; Baraka maintains he was

38 ICE policy documents from 2005 and 2010, retrieved from https://www.immigrantdefenseproject.org/ice-ruses/#6-does-ice-teach-its-officers-to-use-ruses

39 https://citylimits.org/local-police-agreements-with-ice-have-exploded-in-new-york-and-nationwide/

40 https://www.foxbangor.com/news/bellows-pauses-issuance-of-unmarked-license-plates-amid-ice-concerns/article_33441165-0249-4464-a71f-ed5d66c7665e.html

41 https://pix11.com/news/local-news/nypd-cannot-engage-in-ice-enforcement-in-nyc-internal-memo/

there to check their Certificate of Occupancy. (The CO was indeed not valid)[42]. With him were three members of Congress, who have a statutory right to enter the facility unannounced[43]. The facility was indeed inadequate and in 2026 the detainees went on hunger strike to protest conditions[44].

42. DHS made various attempts to block Congress' power to inspect, at times disobeying court orders by keeping inspectors out[45].

**Attacks and Threats Against Elected Officials, Journalists, Clergy**

43. The DHS Secretary's security detail tackled a US Senator to the ground in a federal building in California in June 2025.

44. Respondent Trump has threatened to deport elected officials, including the Mayor of New York City[46] and Representative Ilhan Omar[47], without cause.

45. Tom Homan, a representative of the White House, on national TV, said to then-mayor Eric Adams: 'I'm strictly against sanctuary status because I think sanctuaries are for criminals … city council -- I don't like em. ... dealing with sanctuary law that EO can't override. so we're working on ... (inaudible) things, to work around some of these things … governor hochul is a barrassment (inaudible) position she holds … she needs to be removed every (inaudible) needs to remove these people. Her. … if he doesn't come through I'll be back in york city. and we won't be sitting on couch. I'll be in his office. up his, uh, up his butt. saying where the hell is agreement we came to.'[48]. (Best-guess transcription). This is probably a threat.

---

42 https://newjerseymonitor.com/2025/06/03/newark-mayor-sues-feds-over-arrest-outside-ice-facility/

43 https://neguse.house.gov/media/press-releases/court-again-orders-trump-vance-administration-restore-congressional-oversight

44 https://www.aclu.org/news/immigrants-rights/hundreds-at-delaney-hall-join-detained-people-across-country-in-hunger-strike-against-inhumane-conditions

45 https://neguse.house.gov/media/press-releases/court-again-orders-trump-vance-administration-restore-congressional-oversight

46 https://jacobin.com/2025/07/trump-zohran-deportation-threat-ice

47 https://www.vox.com/podcasts/507328/ilhan-omar-trump-immigration-investigation-denaturalize-deport

48 https://www.youtube.com/watch?v=wy6gmUL-_9I

**Use of Force**

46. The Northern District of Illinois said '[federal] agents have used excessive force in response to protesters' and journalists' exercise of their First Amendment rights, without justification, often without warning, and even at those who had begun to comply with agents' orders.'[49]

47. In late 2025, agents at the ICE facility in Broadview, IL sprayed an irritant into the face and shot pepper balls at the head of a pastor participating in a protest[50]. Federal agents have used similar excessive force numerous times in Illinois, Oregon, California, and Minnesota. Crowd control munitions can maim or kill when fired at the head[51].

48. DHS agents often lie about how their victims were injured. One doctor, examining a patient brought in by ICE, said: "I almost think one doesn't have to be a physician to conclude that a person can't get skull fractures on both the right and left sides of their head and from front to back by running themselves into a wall"[52].

49. Respondent Trump is a rapist[53].

50. In September 2025 in Chicago, ICE agents killed a man in his car and lied that it was in self defense[54]. There are many similar cases.

**Conditions of Confinement**

51. DHS made a practice of releasing detainees and immediately re-arresting them outside detention facilities, in order to circumvent judges' habeas decisions and bond hearing rules.[55]

---

49 https://www.lawdork.com/p/ice-agent-killed-renee-nicole-good-ellis-opinion

50 https://www.cnn.com/2025/10/10/us/illinois-judge-ruling-ice-protests-pastor-chicago-hnk

51 https://www.theguardian.com/us-news/2026/jan/17/protesters-blind-us-federal-agents

52 https://apnews.com/article/immigration-enforcement-minneapolis-hospitals-32cd5ca61d495e155d43b7cfd5e563b9

53 https://www.nbcnews.com/politics/donald-trump/judge-tosses-trumps-counterclaim-e-jean-carroll-finding-rape-claim-sub-rcna98577

54 https://www.chicagotribune.com/2025/09/23/video-ice-franklin-park-shooting/

55 https://www.mprnews.org/story/2026/10/13/ice-admits-instant-rearrest-strategy

52. The detention area at 26 Federal Plaza, a courthouse where Petitioner has conducted courtroom observation, is grotesquely inhumane.[56]

53. The Northern District of Iowa found the ‘bond hearings’ provided by federal immigration authorities so troubling that it is considering skipping bond hearings in future habeas petitions and simply ordering release (Martinez v ICE, C26-4054-LTS-MAR, 2026)[57].

54. There are numerous stories of medical neglect in immigration facilities, including an infant who contracted RSV after months of detention, was hospitalized, and then denied access to medicine after her release[58], people being denied access to insulin, anti-rejection medicine for transplants, cancer treatments, emergency knee surgery for a college basketball player, and many more, leading to disability and death.

55. Reacting to the treatment of husband and wife ICE detainees, the Southern District of West Virginia wrote: ‘[t]he Constitution does not permit such cruelty as a condition of civil enforcement’.[59]

56. According to official detention statistics retrieved from ice.gov, as of 2024 more than 500 people had been in ICE custody for more than a year[60].

57. The District of Minnesota found that the Whipple detention facility used various schemes to impede attorney-client access, including transfers out of state, visitation rules, and phone conditions (Advocates for Human Rights v DHS, 0:26-cv-00749-NEB-DLM, D.Minn 2026, Preliminary Injunction Order (Doc 178))[61].

58. A Senate investigation found ‘85 credible reports of medical neglect, including cases that reportedly led to life-threatening injuries and complications, and 82

56 https://gothamist.com/news/theyre-killing-us-immigrants-complain-of-inhumane-conditions-inside-nyc-holding-site

57 https://storage.courtlistener.com/recap/gov.uscourts.iand.71471/gov.uscourts.iand.71471.32.0_1.pdf

58 https://www.independent.co.uk/news/world/americas/us-politics/amalia-dilley-ice-detention-hospitalized-denied-meds-b2916863.html

59 https://storage.courtlistener.com/recap/gov.uscourts.wvsd.242913/gov.uscourts.wvsd.242913.32.0.pdf

60 https://www.ice.gov/detain/detention-management

61 https://storage.courtlistener.com/recap/gov.uscourts.mnd.230969/gov.uscourts.mnd.230969.178.0.pdf

credible reports of denial of adequate food or water, including cases that reportedly led to malnutrition or dehydration'[62].

**Concealing Evidence**

59. The State of Minnesota, in the DC District, said '[i]n a break from longstanding law enforcement practices, federal officers in Operation Metro Surge frequently concealed their identities with masks. Masking not only conceals agents' identities from the public, it also makes it difficult for state and local investigators to identify agents involved in shootings or other potentially unlawful incidents without federal cooperation'. (Minnesota v. DOJ, 1:26-cv-01007, 2026)[63].
60. After the killings of Renee Good and Alex Pretti in Minnesota, 'senior federal officials [] directed that evidence would not be shared with Minnesota authorities' (ibid).
61. The Southern District of Western Virginia, analyzing the practice of masking, compared masked federal agents to the Klan and wrote that 'ICE tactics of anonymous enforcement in this case contravene the history, purpose, and modern interpretation of the Fourth Amendment' (Urquilla-Ramos v. Trump, 2:26-cv-00066, 2026)[64].

**Animus**

62. The DC District described Respondents' trans military ban (EO of 1/27/2025) as 'soaked in animus and dripping with pretext'[65].
63. While campaigning in 2024, Respondent Trump said that Haitians in Ohio were 'eating the pets', an obvious incitement to racial hatred[66].

62 https://www.ossoff.senate.gov/press-releases/sen-ossoffs-ongoing-investigation-uncovers-credible-reports-of-medical-neglect-denial-of-adequate-food-or-water-in-immigration-detention/

63 https://storage.courtlistener.com/recap/gov.uscourts.dcd.290713/gov.uscourts.dcd.290713.1.0_2.pdf

64 https://storage.courtlistener.com/recap/gov.uscourts.wvsd.242928/gov.uscourts.wvsd.242928.28.0.pdf

65 https://www.duckworth.senate.gov/imo/media/doc/letter_to_hegseth_condemning_trans_military_service_ban.pdf

66 https://www.bbc.com/news/articles/c77l28myezko

64. ‘During his Presidential campaign, then-candidate Donald Trump pledged that, if elected, he would ban Muslims from entering the United States. Specifically, on December 7, 2015, he issued a formal statement “calling for a total and complete shutdown of Muslims entering the United States.” … A month later, at a rally in South Carolina, Trump told an apocryphal story about United States General John J. Pershing killing a large group of Muslim insurgents in the Philippines with bullets dipped in pigs’ blood in the early 1900’s.’ (Trump v. Hawaii, 585 U.S. 667, 2018)[67].

65. In October 2026, Respondent Trump told Minnesotans to ‘fight back’ against Somali Minnesotans and that ‘the Federal Government will come to your rescue’[68].

66. The Middle District of Tennessee dismissed Respondents’ prosecution of Kilmar Abrego Garcia as ‘sadly … an abuse of prosecuting power’ and wrote that it had a ‘retaliatory taint’ (US v. Kilmar Abrego Garcia, No. 3:25-cr-00115, 2026)[69].

67. The federal government canceled grant payments to ‘blue states’, acknowledging in court that the political control of the state was the primary reason for the cancellation[70].

68. Respondent Trump conditioned federal payments to California on his preferred candidate winning the governorship[71].

69. FEMA under Respondent Trump has rejected most requests for emergency aid from states not held by his political party[72].

---

67 https://www.courtlistener.com/opinion/4511149/trump-v-hawaii/

68 https://www.nbcnews.com/politics/immigration/president-donald-trump-urges-minnesotans-fight-back-somali-immigrants-rcna602431

69 https://storage.courtlistener.com/recap/gov.uscourts.tnmd.104622/gov.uscourts.tnmd.104622.312.0.pdf

70 https://www.latitudemedia.com/news/a-dc-judge-just-gave-canceled-doe-awards-a-path-forward/

71 https://abc7.com/live-updates/california-primary-election-2026-voters-decide-key-races-governor-los-angeles-mayor-congressional-districts/19213908/entry/19221307/

72 https://www.politico.com/news/2026/03/23/trump-denies-disaster-aid-for-democratic-led-states-00831199

70. Respondent Trump's HHS deferred over 1 billion dollars of Medicaid payments to Democratic party states in July 2026[73].

**Sanctions**

71. Respondent Trump purchased Russian diesel in violation of Congressional sanctions[74].

## Reasons the writ should issue

**Petitioner Has a Clear and Indisiputable Right to the Writ Under Pearson and Mathews**

Under 28 U.S.C. § 1651, the All Writs Act, courts may issue 'all writs necessary or appropriate in aid of their respective jurisdictions'.

In the instant petition, Petitioner is asking for a writ 'clearly establishing' the law with respect to actions imminently threatened against him, and others like him, by the Respondents. Without such a writ, Petitioner cannot vindicate his civil rights under the doctrine of qualified immunity as elaborated in Pearson v. Callahan, 555 U.S. 223, as officials are immune to civil liability unless they 'violate clearly established statutory or constitutional rights of which a reasonable person would have known'.

Furthermore, without such a writ, this Court and the district courts in the Circuit would lose jurisdiction over the threatened actions; both initially, as the cases will be dismissed at the threshold for lack of specific precedent, and for all time, as the dismissal will prevent specific precedent from being created. Without this writ, Petitioner cannot vindicate his rights and this Court cannot preserve its jurisdiction. There is no way to do it retroactively.

Due process provides the right to 'some kind of hearing' before a right is taken away, in this case the right to enforce the law against agents of the state. The test for this is the three Mathews factors: '[f]irst, the private interest that will be affected by the official action; second, the risk of an erroneous deprivation of such interest

73 https://www.healthcaredive.com/news/minnesota-california-1-billion-medicaid-funding-deferred-fraud-trump-hhs/825802/

74 https://doggett.house.gov/media/press-releases/doggett-trumps-russian-diesel-deal-violates-law

through the procedures used ... and finally, the Government's interest, including the function involved and the fiscal and administrative burdens that the additional or substitute procedural requirement would entail.' (Mathews v. Eldridge, 424 U.S. 319).

In the insant petition, the private interest is, plainly, Petitioner's right to have civil rights at all. If agents of the state can infringe his rights with impunity by slightly altering a fact pattern, the law is little protection.

The risk of erroneous deprivation is high, as qualified immunity case law evolves very slowly because the doctrine itself resists the creation of new precedent.

And finally, '[t]here is generally no public interest in the perpetuation of unlawful agency action' (League of Women Voters v. Newby, 838 F.3d 1, 12 (D.C. Cir. 2016)). There is no protected government interest in protecting law breaking by public employees.

**No Other Adequate Means to Attain Relief Under Scott v. Fischer**

This Court ruled that a right is only 'clearly established' for qualified immunity purposes if 'the right was defined with reasonable specificity … [and] Supreme Court or court of appeals case law supports the existence of the right in question' (Scott v. Fischer, 616 F.3d 100 (2010)).

Under Scott, Only a specific definition from this Court can give Petitioner relief. No district court has the power to do it; a district court cannot even hear this question because in stripping their power to create binding precedent, Scott makes any such case moot.

And because of the mechanics of qualified immunity, only prospective relief allows Petitioner to vindicate his rights. If he waits until the threatened harm occurs, it will be too late.

It must be here and it must be now.

**A Writ Is Appropriate Under the Circumstances**

Samuel Shellabarger, the sponsor of the Ku Klux Klan Act, wrote this in 1871:

‘If, after all this transcendent profusion of enactment in restraint of the States and affirmative conferment of power on Congress, the States still remain unrestrained, … to protect or to destroy, by banded murder, these United States citizens as the State may please … then not only is the profusion of guards put by the fourteenth amendment around our rights a miserable waste of words, but the Government is itself a miserable sham, its citizenship a curse, and the Union not fit to be.’[75]

If agents of the government are not liable under the law then the law is a nullity. We have seen over the past two years how quickly lawlessness pervades society.

## Conclusion

Respondents have made the threats they have made, and if we take them at their word Petitioner is in imminent danger. They are rampant lawbreakers who have ignored the courts at every opportunity. Under Pearson, Petitioner will likely not be able to hold them civilly accountable for their retaliation because their offenses are varied and novel. Under the doctrine of qualified immunity, no act of Congress, not even a constitutional amendment, can restrain them. Only the requested relief can keep them in check.

The doctrine of qualified immunity is substantially broader than the relief normally granted by courts, and this petition, if granted, would narrow it slightly for Petitioner and others similarly situated.

Respectfully submitted,

s/Abraham Winter

Abraham Winter

*Petitioner*

75 https://www.congress.gov/congressional-globe/appendix-page-headings/42nd-congress/Fourteenth%20Amendment--Mr.%20Shellabarger/22520

10 Park Ave, Apt 7J
New York, NY 10016
abmwinter@gmail.com
November 4, 2026

## Certificate of Compliance With Type-Volume Limit

1. This document complies with the word limit of Fed. R. App. P. 21(d)(1) of 7,800 words because, excluding parts exempted by Fed. R. App. P. 32(f), it contains 5,098 words.
2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using LibreOffice 26.2.6.3 Build 6673c99d in 14pt Liberation Serif.

s/Abraham Winter

Abraham Winter

*Petitioner*

November 4, 2026

## Affirmation of AI use

Petitioner used various research tools, including the Westlaw system at the NYPL, google search, and generative AI to research this petition. The prose, where not quoting another document, is human-written by Petitioner. Upon request, Petitioner will prepare a summary or transcripts of his AI use for inspection by the Court.

s/Abraham Winter

Abraham Winter

*Petitioner*

November 4, 2026

## Certificate of Service

Service was completed by certified mail on November 4, 2026, to:

- Attorney General of the United States, U.S. Department of Justice. 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

- Civil Process Clerk, United States Attorney's Office, Southern District of New York. 86 Chambers Street, 3rd Floor, New York, NY 10007
- Office of the General Counsel, U.S. Department of Homeland Security. 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485
- U.S. Department of Defense. 1600 Defense Pentagon, Washington, D.C. 20301
- President of the United States, The White House. Attn: Office of the White House Counsel. 1600 Pennsylvania Avenue NW, Washington, DC 20500.

Proof of service is included below in the form of Certified Mail receipts.




s/Abraham Winter

Abraham Winter

*Petitioner*

November 4, 2026