**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: November 6, 2026
Docket #: 26-3207
Short Title: In Re: Abraham Winter

## DOCKETING NOTICE

A Petition for Extraordinary Writ filed by Abraham Winter in the above referenced case was docketed today as 26-3207. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

<u>YOUR CORRECT CONTACT INFORMATION</u>: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

<u>CHANGE IN CONTACT INFORMATION</u>: An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case.

An attorney and any pro se party who is permitted to file documents electronically in CM/ECF must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. To update contact information, a Filing User must access PACER's Manage My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

CAPTION: The caption in a Petition for a Writ of Mandamus of Writ or Prohibition is *In re [EDIT], Petitioner.* It shall not bear the name of the district court judge. *(Local Rule 21(a))*.

DESIGNATIONS OF RESPONDENTS: All parties below other than the petitioner shall be deemed respondents for all purposes. *(FRAP21(b))*.

NO ANSWER: Unless the Court directs otherwise no answer to a petition for writ of mandamus or prohibition will be accepted. *(FRAP21(b))*.

Inquiries regarding this case may be directed to 212-857-8551.