**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**DISTRIBUTION OF INSTRUCTIONS & FORMS**
**TO PRO SE PARTIES IN MANDAMUS CASES**

_X_ Acknowledgment and Notice of Appearance

_X_ Docketing Notice

_X_ Docket Report

_X_ How to Appeal as a Pro Se Party

_X_ T-1080 Form

____ Financial Affidavit

_X_ Local Rule 24.1 Statement

_X_ Certificate of Service

_X_ Format Motion

_X_ Form 6 Certificate of Compliance

____ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)